PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Docket Number:  2:07CR00003-01 |
| ) | |
| **THIRL CHAVIS** ) | |
| ) | |

On July 21, 1993, the above-named was placed on supervised release for a period of 96 months, which commenced on August 4, 2003.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/Lori L. Koehnen
**LORI L. KOEHNEN
Senior United States Probation Officer**

Dated:   August 15, 2008
         Sacramento, California
         LLK/cp

**REVIEWED BY:**   /s/Kyriacos M. Simonidis
**KYRIACOS M. SIMONIDIS
Supervising United States Probation Officer**

**Re:   Thirl CHAVIS**
      **Docket Number:   2:07CR00003-01**
      **ORDER TERMINATING SUPERVISED RELEASE**
      **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the supervised release be discharged from supervised release, and that the proceedings in the case be terminated.

Dated: August 19, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Attachment:   Recommendation
cc:   United States Attorney's Office